FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN 13 PM 2:39

M. REGINA THOMAS
CLERK

BY: /s/ Deputy Clerk

18-59263

Certificate Number: 12459-GAN-CC-031139006

12459-GAN-CC-031139006

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 5, 2018, at 4:10 o'clock PM PDT, Mumtaz Umrani Bilal received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 5, 2018          By:    /s/Cesar Herrera

                             Name:  Cesar Herrera

                             Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).